# EXHIBIT "B"



**CT Corporation**
Service of Process Notification
11/04/2024
CT Log Number 547701989

## Service of Process Transmittal Summary

**TO:** LEGAL DEPARTMENT - SOP
TESLA, INC.
3000 HANOVER ST
PALO ALTO, CA 94304-1112

**RE:** Process Served in California

**FOR:** Tesla, Inc.  (Domestic State: TX)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Caleb Mendoza; Eduardo Mendoza and Maria Mendoza; and Estate of Genesis Giovanni Mendoza Martinez, by and through its personal representatives, Eduardo and Maria Elena Mendoza // To: Tesla, Inc. |
| **DOCUMENT(S) SERVED:** | Summons, Notice, Complaint, Civil Case Cover Sheet, Statement, Declaration, Exhibit(s) |
| **COURT/AGENCY:** | Contra Costa County - Superior Court, CA<br>Case # C2402690 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - Tesla Model S with license number 7HSJ063 and VIN 5YJSA1H1OEFP44876 |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 11/04/2024 at 13:44 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after this summons and legal papers are served on you (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Brett J. Schreiber<br>Singleton Schreiber, LLP<br>591 Camino de la Reina, Ste. 1025<br>San Diego, CA 92108<br>619-771-3473 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/05/2024, Expected Purge Date: 11/10/2024<br><br>Image SOP<br><br>Email Notification,  LEGAL DEPARTMENT - SOP  legalsop@tesla.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |



**CT Corporation**
**Service of Process Notification**
11/04/2024
CT Log Number 547701989

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Nov 4, 2024
**Server Name:** DROP SERVICE

| Entity Served | TESLA INC |
|---|---|
| Case Number | C2402690 |
| Jurisdiction | CA |

| Inserts | |
|---|---|
| | |

