# EXHIBIT "D"



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

**For Office Use Only**

**-FILED-**

File No.: BA20241411577
Date Filed: 8/2/2024

**Entity Details**

| | |
|---|---|
| Corporation Name | Tesla, Inc. |
| Entity No. | 6303077 |
| Formed In | TEXAS |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 1 TESLA ROAD<br>AUSTIN, TX 78725 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | 1 TESLA ROAD<br>AUSTIN, TX 78725 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Elon Musk | 1 TESLA ROAD<br>AUSTIN, TX 78725 | Chief Executive Officer |
| Emmanuelle Stewart | 1 TESLA ROAD<br>AUSTIN, TX 78725 | Secretary |
| Vaibhav Taneja | 1 TESLA ROAD<br>AUSTIN, TX 78725 | Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| Elon Musk | 1 TESLA ROAD<br>AUSTIN, TX 78725 |
| ➕ Troy Jones | 1 TESLA RD<br>AUSTIN, TX 78725 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
|---|---|
| Type of Business | sales, service, manufacturing , distribution, etc. |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

B2938-8056 08/02/2024 8:22 AM Received by California Secretary of State

Labor Judgment

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Jori Sawan*  *08/02/2024*

Signature | Date

B2938-8057 08/02/2024 8:22 AM Received by California Secretary of State