1  **NELSON MULLINS RILEY & SCARBOROUGH LLP**
   Sandra G. Ezell (SBN: 325046)
   sandra.ezell@nelsonmullins.com
   901 East Byrd Street, Suite 1650
   Richmond, VA 23219
   Telephone:   804.533.2900
   Facsimile:   804.616.4129

   Ian G. Schuler (SBN: 275052)
   ian.schuler@nelsonmullins.com
   750 B. Street, Suite 2200
   San Diego, CA 92101
   Telephone:   619.489.6110
   Facsimile:   619.821.2834

   Trevor C. Zeiler (SBN: 325543)
   trevor.zeiler@nelsonmullins.com
   19191 South Vermont Avenue, Suite 900
   Torrance, CA 90502
   Telephone:   424.221.7400
   Facsimile:   424.221.7499

   Attorneys for Defendant
   TESLA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Caleb Mendoza; Eduardo Mendoza and Maria Mendoza; and Estate of Genesis Giovanni Mendoza Martinez, by and through its personal representatives, Eduardo and Maria Elena Mendoza, | Case No. 5:24-cv-08738 |
|---|---|
| Plaintiffs, | (Removed from Contra Costa County Superior Court – Case No. C24-02690) |
| vs. | **CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY TESLA, INC.** |
| Tesla, Inc., a Delaware corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | Action Filed: October 9, 2024 |

/ / /

/ / /

/ / /

/ / /

1

CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY TESLA, INC.

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-15, Defendant Tesla, Inc. (Tesla), by and through its undersigned counsel, hereby certifies the following:

Tesla has no parent corporation, and no public corporation owns 10% or more of the Corporation's stock.

Further, pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 4, 2024          Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:   */s/ Trevor C. Zeiler*
Sandra G. Ezell
Ian G. Schuler
Trevor C. Zeiler
Attorneys for Defendant
TESLA, INC.

**PROOF OF SERVICE**
**(CCP § 1013(a) and 2015.5)**

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Nelson Mullins Riley & Scarborough LLP and my business address is 19191 South Vermont Avenue, Suite 900, Torrance, CA 90502.

On December 4, 2024 I served the foregoing document entitled ***CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY TESLA, INC.*** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof as follows:

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by FAX]** - I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s). The machine printed a record of the transmission, and no error was reported by the machine.

☐ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

☒ **[by ELECTRONIC SUBMISSION]** – By transmitting such document(s) electronically from my e-mail address at Nelson Mullins Riley & Scarborough LLP to the person(s) at the electronic mail addresses listed above pursuant to Emergency Rule 12 and/or the agreement of the parties.

☐ **[by ELECTRONIC SUBMISSION]** – I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with [attorney service].

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed December 4, 2024 at Whittier, California.

ELIZABETH VELASQUEZ                By: *(signature)*
Print Name                                            Signature

## SERVICE/MAILING LIST

**Caleb Mendoza, et al. v. Tesla, Inc.**
Contra Costa County Superior Court Case No.: C24-02690

| | |
|---|---|
| SINGLETON SCHREIBER, LLP<br>Brett J. Schreiber, Esq.<br>Srinvas Hanumadass, Esq.<br>Carmela Birnbaum, Esq.<br>591 Camino de la Reina, Suite 1025<br>San Diego, CA 92108 | **ATTORNEYS FOR PLAINTIFFS**<br><br>Tel:   (619) 771-3473<br>Fax:  (619) 255-1515<br>Email: bschreiber@singletonschreiber.com<br>           vas@singletonschreiber.com<br>           cbirnbaum@singletonschreiber.com |