Brett J. Schreiber, Esq. (SBN 239707)
bschreiber@singletonschreiber.com
Srinivas Hanumadass, Esq. (SBN 228547)
vas@singletonschreiber.com
Shannon Whitaker, Esq. (SBN 342067)
swhitaker@singletonschreiber.com
Singleton Schreiber, LLP
591 Camino de la Reina, Ste. 1025
San Diego, California 92108
Tel: (619) 771-3473 Fax: (619) 255-1515

Attorneys for Plaintiffs Caleb Mendoza, Eduardo Mendoza and Maria Mendoza, and Estate of Genesis Giovanni Mendoza Martinez, by and through its personal representative

# UNITED STATES DISCTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Caleb Mendoza; Eduardo Mendoza and Maria Mendoza**; and **Estate of Genesis Giovanni Mendoza Martinez**, by and through its personal representatives, **Eduardo and Maria Elena Mendoza**,<br><br>Plaintiffs,<br><br>v.<br><br>**Tesla, Inc.,** a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 24-cv-08738-VC (LJC)<br><br>[Removed from Contra Costa County Superior Court – Case No. C24-02690]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE STATUS CONFERENCE**<br><br>District Judge: Vince Chhabria<br>Magistrate Judge: Lisa J. Cisneros<br><br>Action Filed: October 9, 2024<br>Trial Date: 5/18/2026 |

Plaintiffs Caleb Mendoza, Eduardo Mendoza, and Maria Mendoza (Plaintiffs) and Defendant Tesla, Inc. (Tesla) (Plaintiffs and Defendant are collectively referred to herein as "the Parties"), jointly enter into this stipulation to continue the Status Conference currently scheduled on November 17, 2025 at 10:30 a.m.

The Parties stipulate and agree as follows:

All parties are available to attend the Status Conference on November 17, 2025 at 2:00 p.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 14, 2025            SINGLETON SCHREIBER, LLP

                                By: /s/ Brett J. Schreiber
                                    Brett Schreiber, Esq.
                                    California Bar No. 239707
                                    *Attorneys for Plaintiffs CALEB MENDOZA, EDUARDO AND MARIA MENDOZA, and the ESTATE OF GENESIS GIOVANNI MENDOZA MARTINEZ, by and through its personal representatives Eduardo and Maria Elena Mendoza*

Dated: November 14, 2025            NELSON MULLINS RILEY & SCARBOROUGH LLP

                                By: /s/ Trevor C. Zeiler
                                    Ian G. Schuler
                                    Trevor C. Zeiler
                                    *Attorneys for Defendant TESLA, INC.*

**[PROPOSED] ORDER**

Pursuant to the Parties' Joint Stipulation, and good cause appearing, the Court hereby orders that the Status Conference scheduled for November 17, 2025 at 10:30 a.m. is rescheduled to November 17, 2025 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____              _____
                                          Magistrate Judge Lisa J. Cisneros

Case Name: Caleb Mendoza, et al. v. Tesla, Inc., et al.
Case No.: 24-cv-08738-VC

# PROOF OF SERVICE
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Diego, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 591 Camino de la Reina, Ste. 1025, San Diego, CA 92108.

On November 14, 2025, I served the **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE STATUS CONFERENCE** on all interested parties in this action by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed to:

| | |
|---|---|
| NELSON MULLINS RILEY & SCARBOROUGH LLP<br>Sandra G. Ezell, Esq.<br>sandra.ezell@nelsonmullins.com<br>901 East Byrd Street, Suite 1650<br>Richmond, VA 23219<br>Tel: 804.533.2900 / Fax: 804.616.4129<br><br>Ian G. Schuler, Esq.<br>ian.schuler@nelsonmullins.com<br>750 B. Street, Suite 2200<br>San Diego, CA 92101<br>Tel: 619.489.6110 / Fax: 619.821.2834<br><br>Trevor C. Zeiler, Esq.<br>trevor.zeiler@nelsonmullins.com<br>19191 South Vermont Avenue, Suite 900<br>Torrance, CA 90502<br>Tel: 424.221.7400 / Fax: 424.221.7499<br>elizabeth.velasquez@nelsonmullins.com<br>michelle.hargrovebanks@nelsonmullins.com | **Attorneys for Defendant TESLA, INC.** |

X    **BY CM/ECF SERVICE**: Pursuant to controlling General Order(s) and Local Court Rule(s) the foregoing document will be served by the court via NEF and hyperlink to the document.

X    [Federal]    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 14, 2025, at San Diego, California.

/s/ Ericka Elms
Ericka Elms