Brett J. Schreiber, Esq. (SBN 239707)
bschreiber@singletonschreiber.com
Srinivas Hanumadass, Esq. (SBN 228547)
vas@singletonschreiber.com
Shannon Whitaker, Esq. (SBN 342067)
swhitaker@singletonschreiber.com
Singleton Schreiber, LLP
591 Camino de la Reina, Ste. 1025
San Diego, California 92108
Tel: (619) 771-3473 Fax: (619) 255-1515

Attorneys for Plaintiffs Caleb Mendoza, Eduardo Mendoza and Maria Mendoza, and Estate of Genesis Giovanni Mendoza Martinez, by and through its personal representative

# UNITED STATES DISCTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Caleb Mendoza; Eduardo Mendoza and Maria Mendoza**; and **Estate of Genesis Giovanni Mendoza Martinez**, by and through its personal representatives, **Eduardo and Maria Elena Mendoza**,<br><br>Plaintiffs,<br><br>v.<br><br>**Tesla, Inc.,** a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 24-cv-08738-VC (LJC)<br><br>[Removed from Contra Costa County Superior Court – Case No. C24-02690]<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE**<br><br>District Judge: Vince Chhabria<br>Magistrate Judge: Lisa J. Cisneros<br><br>Action Filed: October 9, 2024<br>Trial Date: 5/18/2026 |

Plaintiffs Caleb Mendoza, Eduardo Mendoza, and Maria Mendoza (Plaintiffs) and Defendant Tesla, Inc. (Tesla) (Plaintiffs and Defendant are collectively referred to herein as "the Parties"), jointly enter into this stipulation to continue the Status Conference currently scheduled on November 17, 2025 at 10:30 a.m.

The Parties stipulate and agree as follows:

All parties are available to attend the Status Conference on November 17, 2025 at 2:00 p.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: November 14, 2025                    SINGLETON SCHREIBER, LLP

                                    By:    /s/ Brett J. Schreiber
                                           Brett Schreiber, Esq.
                                           California Bar No. 239707
                                           *Attorneys for Plaintiffs CALEB MENDOZA, EDUARDO AND MARIA MENDOZA, and the ESTATE OF GENESIS GIOVANNI MENDOZA MARTINEZ, by and through its personal representatives Eduardo and Maria Elena Mendoza*

Dated: November 14, 2025                    NELSON MULLINS RILEY & SCARBOROUGH LLP

                                    By:    /s/ Trevor C. Zeiler
                                           Ian G. Schuler
                                           Trevor C. Zeiler
                                           *Attorneys for Defendant TESLA, INC.*

**ORDER**

Pursuant to the Parties' Joint Stipulation, and good cause appearing, the Court hereby orders that the Status Conference scheduled for November 17, 2025 at 10:30 a.m. is rescheduled to November 17, 2025 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 14, 2025

_____
Magistrate Judge Lisa J. Cisneros

3
JOINT STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE