1  **NELSON MULLINS RILEY &**
   **SCARBOROUGH LLP**
2  Sandra G. Ezell (SBN: 325046)
   sandra.ezell@nelsonmullins.com
3  1021 E. Cary St., Suite 2120
   Richmond, VA 23219
4  Telephone:   804.533.2900
   Facsimile:    804.616.4129
5
   Ian G. Schuler (SBN: 275052)
6  ian.schuler@nelsonmullins.com
   750 B. Street, Suite 2200
7  San Diego, CA 92101
   Telephone:   619.489.6110
8  Facsimile:    619.821.2834

9  Trevor C. Zeiler (SBN: 325543)
   trevor.zeiler@nelsonmullins.com
10 19191 South Vermont Avenue, Suite 900
   Torrance, CA 90502
11 Telephone:   424.221.7400
   Facsimile:    424.221.7499
12
   Attorneys for Defendant
13 TESLA, INC.

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Caleb Mendoza; Eduardo Mendoza and Maria Mendoza; and Estate of Genesis Giovanni Mendoza Martinez, by and through its personal representatives, Eduardo and Maria Elena Mendoza, | Case No. 3:24-cv-08738-VC<br>Case No. 3:25-cv-09834-VC (Related)<br><br>(Removed from Contra Costa County Superior Court – Case No. C24-02690) |
| Plaintiffs,<br>vs. | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES** |
| Tesla, Inc., a Delaware corporation, and DOES 1 through 100, inclusive, | District Judge:   Vince Chhabria<br>Magistrate Judge: Lisa J. Cisneros |
| Defendants. | Action Filed: October 9, 2024<br>Trial Date:    October 26, 2026 |
| PUBLIC RISK INNOVATION SOLUTIONS, AND MANAGEMENT | |
| Plaintiff,<br>vs. | |
| TESLA, INC., a Delaware corporation, and DOES 1 THROUGH 50, inclusive, | |
| Defendants. | |

Plaintiffs Caleb Mendoza, Eduardo Mendoza, and Maria Mendoza (Mendoza Plaintiffs), Plaintiff Public Risk Innovation Solutions, and Management (PRISM), and Defendant Tesla, Inc. (Tesla) (Plaintiffs and Defendant are collectively referred to herein as "the Parties"), jointly enter into this stipulation to consolidate Case No. 3:24-cv-08738-VC and Case No. 3:25-cv-09834-VC.

1. WHEREAS, on October 9, 2024, the Mendoza Plaintiffs filed their Complaint in the Superior Court for the State of California;

2. WHEREAS, on December 24, 2024, Tesla removed the action to the United States District Court for the Northern District of California (Case No. 3:24-cv-08738-VC);

3. WHEREAS, on November 14, 2025, PRISM filed its Complaint in the United States District Court for the Northern District of California (Case No. 3:25-cv-09834-VC);

4. WHEREAS, on December 19, 2025, the Parties attended a case management conference and were directed to file a stipulation regarding whether both cases should be consolidated by January 2, 2026 (ECF No. 48);

5. WHEREAS, the Parties agree that both cases should be consolidated.

Accordingly, IT IS HEREBY AGREED, STIPULATED, AND REQUESTED that Case No. 3:24-cv-08738-VC shall be consolidated with Case No. 3:25-cv-09834-VC. Case No. 3:24-cv-08738-VC shall become the lead case for all purposes.

**IT IS SO STIPULATED**

Dated: December 31, 2025         Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:   */s/ Trevor C. Zeiler*
      Sandra G. Ezell
      Ian G. Schuler
      Trevor C. Zeiler
      Attorneys for Defendant
      TESLA, INC.

Dated: December 31, 2025          Respectfully submitted,

**SINGLETON SCHREIBER, LLP**

By:   */s/ Brett J. Schreiber*
      Brett J. Schreiber
      Srinivas Hanumadass
      Carmela Birnbaum
      Attorneys for Plaintiffs
      CALEB MENDOZA, EDUARDO MENDOZA,
      AND MARIA MENDOZA, AND ESTATE OF
      GENESIS GIOVANNI MENDOZA MARTINEZ


Dated: December 31, 2025          Respectfully submitted,

**GROTEFELD HOFFMANN**

By:   */s/ Margaret L. Sell*
      Margaret L. Sell
      Lilla Shkolnikov
      Attorneys for Plaintiff
      PUBLIC RISK INNOVATION, SOLUTIONS,
      AND MANAGEMENT (PRISM)

## [PROPOSED] ORDER

Pursuant to the Parties' Joint Stipulation, and good cause appearing, the Court hereby orders as follows:

Case No. 3:24-cv-08738-VC shall be consolidated with Case No. 3:25-cv-09834-VC. Case No. 3:24-cv-08738-VC shall become the lead case for all purposes.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Vince Chhabria

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, I filed the foregoing document entitled ***JOINT STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE CASES*** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/ Trevor C. Zeiler*
Trevor C. Zeiler