**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Sandra G. Ezell (SBN: 325046)
sandra.ezell@nelsonmullins.com
1021 E. Cary St., Suite 2120
Richmond, VA 23219
Telephone: 804.533.2900
Facsimile: 804.616.4129

Ian G. Schuler (SBN: 275052)
ian.schuler@nelsonmullins.com
750 B. Street, Suite 2200
San Diego, CA 92101
Telephone: 619.489.6110
Facsimile: 619.821.2834

Trevor C. Zeiler (SBN: 325543)
trevor.zeiler@nelsonmullins.com
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone: 424.221.7400
Facsimile: 424.221.7499

Attorneys for Defendant
TESLA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Caleb Mendoza; Eduardo Mendoza and Maria Mendoza; and Estate of Genesis Giovanni Mendoza Martinez, by and through its personal representatives, Eduardo and Maria Elena Mendoza,

Plaintiffs,

vs.

Tesla, Inc., a Delaware corporation, and DOES 1 through 100, inclusive,

Defendants.

PUBLIC RISK INNOVATION SOLUTIONS, AND MANAGEMENT

Plaintiff,

vs.

TESLA, INC., a Delaware corporation, and DOES 1 THROUGH 50, inclusive,

Defendants.

Case No. 3:24-cv-08738-VC
Case No. 3:25-cv-09834-VC (Related)

(Removed from Contra Costa County Superior Court – Case No. C24-02690)

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONSOLIDATE CASES**

District Judge: Vince Chhabria
Magistrate Judge: Lisa J. Cisneros

Action Filed: October 9, 2024
Trial Date: October 26, 2026

Plaintiffs Caleb Mendoza, Eduardo Mendoza, and Maria Mendoza (Mendoza Plaintiffs), Plaintiff Public Risk Innovation Solutions, and Management (PRISM), and Defendant Tesla, Inc. (Tesla) (Plaintiffs and Defendant are collectively referred to herein as “the Parties”), jointly enter into this stipulation to consolidate Case No. 3:24-cv-08738-VC and Case No. 3:25-cv-09834-VC.

1. WHEREAS, on October 9, 2024, the Mendoza Plaintiffs filed their Complaint in the Superior Court for the State of California;

2. WHEREAS, on December 24, 2024, Tesla removed the action to the United States District Court for the Northern District of California (Case No. 3:24-cv-08738-VC);

3. WHEREAS, on November 14, 2025, PRISM filed its Complaint in the United States District Court for the Northern District of California (Case No. 3:25-cv-09834-VC);

4. WHEREAS, on December 19, 2025, the Parties attended a case management conference and were directed to file a stipulation regarding whether both cases should be consolidated by January 2, 2026 (ECF No. 48);

5. WHEREAS, the Parties agree that both cases should be consolidated.

Accordingly, IT IS HEREBY AGREED, STIPULATED, AND REQUESTED that Case No. 3:24-cv-08738-VC shall be consolidated with Case No. 3:25-cv-09834-VC. Case No. 3:24-cv-08738-VC shall become the lead case for all purposes.

**IT IS SO STIPULATED**

Dated: December 31, 2025

Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Trevor C. Zeiler*
Sandra G. Ezell
Ian G. Schuler
Trevor C. Zeiler
Attorneys for Defendant
TESLA, INC.

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

Dated: December 31, 2025

Respectfully submitted,

**SINGLETON SCHREIBER, LLP**

By: *_/s/ Brett J. Schreiber*
Brett J. Schreiber
Srinivas Hanumadass
Carmela Birnbaum
Attorneys for Plaintiffs
CALEB MENDOZA, EDUARDO MENDOZA, AND MARIA MENDOZA, AND ESTATE OF GENESIS GIOVANNI MENDOZA MARTINEZ

Dated: December 31, 2025

Respectfully submitted,

**GROTEFELD HOFFMANN**

By: *_/s/ Margaret L. Sell*
Margaret L. Sell
Lilla Shkolnikov
Attorneys for Plaintiff
PUBLIC RISK INNOVATION, SOLUTIONS, AND MANAGEMENT (PRISM)

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

3 Case No. 3:24-cv-08738-VC
JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONSOLIDATE CASES

**~~[PROPOSED]~~ ORDER**

Pursuant to the Parties' Joint Stipulation, and good cause appearing, the Court hereby orders as follows:

Case No. 3:24-cv-08738-VC shall be consolidated with Case No. 3:25-cv-09834-VC. Case No. 3:24-cv-08738-VC shall become the lead case for all purposes.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 5, 2026

Hon. Vince Chhabria

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

4 Case No. 3:24-cv-08738-VC
JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONSOLIDATE CASES