# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caleb Mendoza; Eduardo Mendoza and Maria Mendoza; and Estate of Genesis Giovanni Mendoza Martinez, by and through its personal representatives, Eduardo and Maria Elena Mendoza, <br><br> Plaintiff, <br><br> vs. <br><br> Tesla, Inc., a Delaware corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 3:24-cv-08738-VC (Lead) <br><br> Consolidated with <br> Case No. 3:25-cv-09834-VC <br><br> **[~~PROPOSED~~] ORDER TO DISMISS PLAINTIFF PRISM'S ACTION AGAINST DEFENDANT TESLA, INC.** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] <br><br> Case filed:  November 14, 2025 <br> Trial Date:  October 26, 2026 |
| PUBLIC RISK INNOVATION, SOLUTIONS, AND MANAGEMENT, <br><br> Plaintiff, <br><br> vs. <br><br> TESLA, INC., a Delaware corporation, and DOES 1 THROUGH 50, inclusive, <br><br> Defendants. | |

1

**[~~PROPOSED~~] ORDER TO DISMISS PLAINTIFF PRISM'S ACTION**
**AGAINST DEFENDANT TESLA, INC.**

The Court being fully advised and good and sufficient cause appearing therefore, the parties' Joint Stipulation for Dismissal of Plaintiff Public Risk Innovation, Solutions, and Management ("PRISM")'s action against Defendant Tesla, Inc. is hereby **GRANTED**.

IT IS HEREBY ORDERED that the action filed by Plaintiff PRISM, through its undersigned counsel, against Defendant Tesla, Inc. is dismissed with prejudice, with each party to bear their own costs, fees, and expenses.

**IT IS SO ORDERED.**

Dated:   June 8, 2026   _____

HONORABLE VINCE CHHABRIA
United States District Judge

**[PROPOSED] ORDER TO DISMISS PLAINTIFF PRISM'S ACTION
AGAINST DEFENDANT TESLA, INC.**