**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Sandra G. Ezell (SBN: 325046)
sandra.ezell@nelsonmullins.com
1021 E. Cary St., Suite 2120
Richmond, VA 23219
Telephone:    804.533.2900
Facsimile:    804.616.4129

Ian G. Schuler (SBN: 275052)
ian.schuler@nelsonmullins.com
750 B. Street, Suite 2200
San Diego, CA 92101
Telephone:    619.489.6110
Facsimile:    619.821.2834

Trevor C. Zeiler (SBN: 325543)
trevor.zeiler@nelsonmullins.com
19191 South Vermont Avenue, Suite 900
Torrance, CA 90502
Telephone:    424.221.7400
Facsimile:    424.221.7499

Attorneys for Defendant
TESLA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Caleb Mendoza; Eduardo Mendoza and Maria Mendoza; and Estate of Genesis Giovanni Mendoza Martinez, by and through its personal representatives, Eduardo and Maria Elena Mendoza,<br><br>                              Plaintiffs,<br>       vs.<br><br>Tesla, Inc., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>                              Defendants. | Case No. 3:24-cv-08738-VC<br><br>Case No. 3:25-cv-09834-VC (Related)<br><br>(Removed from Contra Costa County Superior Court – Case No. C24-02690)<br><br>**STIPULATION AND ORDER AUTHORIZING APPLE INC. TO DISCLOSE DECEDENT'S APPLE ACCOUNT DATA**<br><br>District Judge:    Vince Chhabria<br>Magistrate Judge:  Lisa J. Cisneros<br><br>Action Filed:  October 9, 2024<br>Trial Date: October 26, 2026 |
| PUBLIC RISK INNOVATION, SOLUTIONS, AND MANAGEMENT<br><br>                              Plaintiff,<br>       vs.<br><br>TESLA, INC., a Delaware corporation, and DOES 1 THROUGH 50, inclusive,<br><br>                              Defendants. | |

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER AUTHORIZING APPLE INC. TO DISCLOSE DECEDENT'S APPLE ACCOUNT DATA

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

This Stipulation is entered into by and among Plaintiffs and Defendant Tesla, Inc. (collectively, the "Parties"), by and through their respective counsel of record, with reference to the following facts:

### RECITALS

WHEREAS, this is an action arising out of a motor vehicle collision in which Genesis Giovanni Mendoza Martinez ("Decedent") was fatally injured;

WHEREAS, during his lifetime Decedent owned and maintained an Apple Account bearing Apple ID genesismendoza91@gmail.com (the "Apple Account"), and was the owner of all accounts associated with the Apple Account;

WHEREAS, Plaintiff Maria Mendoza ("Requestor") is the duly appointed and acting personal representative / successor in interest of the Estate of Genesis Giovanni Mendoza Martinez;

WHEREAS, data within the Apple Account is relevant to the claims and defenses in this action and is reasonably calculated to lead to the discovery of admissible evidence;

WHEREAS, by correspondence dated May 5, 2026 (Apple Case No. 102884078235), Apple Inc. ("Apple") advised that, to disclose data within a decedent's Apple Account, it requires (i) the Decedent's Apple Account identifier; (ii) a copy of the Decedent's death certificate or equivalent document; and (iii) a court order specifying each of the findings set forth in the proposed Order below; and

WHEREAS, the Parties wish to obtain the data within the Apple Account and stipulate to entry of an order satisfying Apple's stated requirements.

### STIPULATION

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate and respectfully request that the Court enter the proposed Order set forth below:

1. The Parties stipulate to the entry of the [Proposed] Order below, which authorizes and directs Apple to disclose to the Requestor the data within the Apple Account.

2. The Parties stipulate that Requestor is the personal representative / successor in interest of the Estate of Genesis Giovanni Mendoza Martinez and is authorized to request and receive the data within the Apple Account on behalf of the Estate.

///

STIPULATION AND ORDER AUTHORIZING APPLE INC. TO DISCLOSE DECEDENT'S APPLE ACCOUNT DATA

3.  The Parties stipulate that any data produced by Apple pursuant to the Order shall be subject to the Protective Order entered in this action and may be used solely in connection with this litigation.

**IT IS SO STIPULATED.**

Dated: June 11, 2026                    Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By:      _/s/ Trevor Zeiler_____
         Sandra G. Ezell
         Ian G. Schuler
         Trevor C. Zeiler
         Attorneys for Defendant
         TESLA, INC.

Dated: June 11, 2026

**SINGLETON SCHREIBER**

By:      _/s/ Brett Schreiber_____
         Brett Schreiber
         Attorneys for Plaintiffs
         CALEB MENDOZA, EDUARDO MENDOZA, AND MARIA MENDOZA

STIPULATION AND ORDER AUTHORIZING APPLE INC. TO DISCLOSE DECEDENT'S APPLE ACCOUNT DATA

**ORDER**

Having considered the Parties' Stipulation, and good cause appearing therefor, the Court ORDERS, FINDS, and SPECIFIES as follows:

1. This Order pertains to the following Requestor, Decedent, and Apple Account:

    Requestor: Maria Mendoza

    Decedent: Genesis Giovanni Mendoza Martinez

    Decedent's Apple Account (Apple ID): genesismendoza91@gmail.com

2. The Decedent was the owner of all accounts associated with the Apple Account.

3. The Requestor is the legal personal representative of the Decedent's estate.

4. As legal personal representative, the Requestor is the "agent" of the Decedent, and the Requestor's authorization constitutes "lawful consent" as those terms are used in the Electronic Communications Privacy Act, 18 U.S.C. § 2701 et seq., or equivalent law.

5. Apple is ordered by the Court to assist in the recovery of the Decedent's personal data from the Decedent's accounts, which data may contain third-party, personally identifiable information or data.

6. This Order constitutes the court order referenced in Apple Case No. 102884078235. Apple shall disclose the data within the Apple Account to the Requestor following Apple's receipt of (a) the Decedent's Apple Account identifier; (b) a copy of the Decedent's death certificate or equivalent document; and (c) a copy of this Order.

**IT IS SO ORDERED**.

Dated: June 15, 2026                    _____

                                        HON. VINCE CHHABRIA

STIPULATION AND ORDER AUTHORIZING APPLE INC. TO DISCLOSE DECEDENT'S APPLE ACCOUNT DATA

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES